COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Lawrence Adams v. The Estate of Ted Whiteknight,
                          Deceased, and Mustang Security and Investigations

Appellate case number:    01-18-00294-CV

Trial court case number:  2016-32230

Trial court:              164th District Court of Harris County

Appellant, Lawrence Adams, has filed a notice of the appeal of the trial court's summary judgment order, signed on January 26, 2018. Appellant also has filed a motion to extend the time to file his appellant's brief. The motion is **granted**.

Appellant's brief is due to be filed no later than **September 24, 2018**.

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd

☑ Acting individually     ☐ Acting for the Court

Date: August 21, 2018